IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| CURTIS CHRISHAUN EVANS | PLAINTIFF |
| V. | CAUSE NO. 3:16-CV-144-CWR-FKB |
| COMMISSIONER MARSHALL FISHER; ETHAN SMITH; PATRICK THOMAS | DEFENDANTS |

## ORDER

Before the Court are Ethan Smith's motion for summary judgment and the Magistrate Judge's Report and Recommendation (R&R) on that motion. Docket Nos. 29 & 35. The R&R notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636.

This Court, finding that there has been no submission of written objections by any party within the allotted time, hereby adopts the R&R as its own Order. Accordingly, the motion for summary judgment is denied.

**SO ORDERED**, this the 29th day of June, 2017.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE